(Rev. 12/1/15)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRISTOPHER WALLACE,

                Plaintiff,

v.                                            Case No.   19-2742-DDC-GEB

EXIDE TECHNOLOGIES,

                Defendant.

## INITIAL ORDER REGARDING PLANNING AND SCHEDULING

Fed. R. Civ. P. 1 mandates the "just, speedy, and inexpensive" determination of all civil cases. With this goal in mind, the undersigned U.S. Magistrate Judge, Gwynne E. Birzer, will conduct a scheduling conference in this case in accordance with Fed. R. Civ. P. 16 on **April 21, 2020, at 11:00 a.m.** The conference will be held by telephone. Participants shall dial into the conference call at 888-363-4749, enter access code 9686294#, and follow the prompts to join the call.

The parties, in person and/or through counsel, must confer as required by Fed. R. Civ. P. 26(f) by **March 31, 2020**. Generally, discussion at this planning conference must address the nature and basis of the parties' claims and defenses; the possibilities of settling or resolving the case, including the use of mediation or other methods of alternative dispute resolution; making or at least arranging for the disclosures required by Fed. R. Civ. P. 26(a)(1); any issues about preserving discoverable information; and

1

development of a proposed discovery plan.  More specifically, the agenda items that must be addressed during this conference include those set out in Fed. R. Civ. P. 16(c)(2)(A)-(P), Fed. R. Civ. P. 26(f)(3)(A)-(F), and the planning report form that is attached to this order and that is also posted on the court's website:

*http://ksd.uscourts.gov/wp-content/uploads/2018/01/Report-of-Parties-Planning-Conference.docx*

By **April 14, 2020**, plaintiff(s) must submit the completed report of the parties' planning conference to the chambers of the undersigned magistrate judge, **along with copies of the parties' Rule 26(a) initial disclosures.**  The report must follow the prescribed form and must be submitted electronically in .pdf format as an attachment to an e-mail sent to *ksd_birzer_chambers@ksd.uscourts.gov*.  It must not be filed with the Clerk's Office.

If you have questions concerning the requirements of this order, please contact the undersigned judge's chambers at 316-315-4360, or by e-mail at: *ksd_birzer_chambers@ksd.uscourts.gov*.

IT IS SO ORDERED.

Dated February 13, 2020, at Wichita, Kansas.

_____
GWYNNE E. BIRZER
U.S. Magistrate Judge